IN THE UNITED STATES BANKRUPTCY COURT FOR
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| WACILLE MARSHALL, | * | CHAPTER 13 |
| | * | CASE NUMBER, 15-33143 |
| DEBTOR. | * | |

## OBJECTION TO CONFIRMATION

Comes now Springleaf Financial Services, by and through it's Attorney, and objects to Confirmation of the debtor's proposed Chapter 13 plan and as grounds therefore states as follows:

1. The debtor's plan lists a 1968 Ford Mustang as collateral for claim #1-1. The actual collateral is a 2006 Ford Mustang.

2. The debtor has valued Springleaf Financial Services collateral in such a manner as to violate Section 506(a). Springleaf Financial Services requests the replacement value be equal to the sum of $12,950.00.

**WHEREFORE, PREMISES CONSIDERED**, Springleaf Financial Services respectfully requests that Confirmation of the above referenced debtor's Chapter 13 plan be denied.

*/s/ Michael A. Harrison*
Michael A. Harrison
Attorney at Law

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing instrument was served on the following electronically CM/ECF this 17th day of December, 2015.

*/s/ Michael A. Harrison*
Michael A. Harrison

Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104
jmilam@smclegal.com

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com